

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*402 E. State Street, Room 430*           (609) 989-2190
*Trenton, New Jersey 08608*               FAX (609) 989-2275


February 8, 2011

Document Electronically Filed
(Courtesy Copy By Regular Mail)


Honorable Karen M. Williams
U.S. Magistrate Judge
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

    Re: Mitchell v. United States
        <u>Civil Action No. 09-680(RBK)</u>

Dear Judge Williams:

    I have enclosed for Your Honor's signature and entry onto the record of this case a copy of a proposed Consent Order signed by myself, as counsel for defendant, and by Jeffrey A. Mitchell, plaintiff pro se.  The Consent Order will assist the parties in obtaining health information and records pertaining to plaintiff which may be relevant in this matter.  The Consent Order would require entities covered by the HIPPA Standards for Privacy of Individually Identifiable Health Information, at 45 C.F.R. Parts 160 and 164, to disclose health information and records of plaintiff when presented with a subpoena and the signed Order.

    Accordingly, I respectfully ask that Your Honor sign and enter on the docket of this case the enclosed proposed Consent Order.  I have enclosed a Certificate of Service.

I thank Your Honor for your attention to this matter.

                                          Respectfully submitted,

                                          PAUL J. FISHMAN
                                          United States Attorney

                                          <u>s/ J. Andrew Ruymann</u>

                                          By: J. ANDREW RUYMANN
                                          Assistant U.S. Attorney

Enclosures
c: Jeffrey A. Mitchell (Plaintiff Pro Se)(w/encls)(By Mail)
Reg. No. 12569-171
FCI Fort Dix
P.O. Box 2000
Fort Dix, New Jersey 08640