PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JEFFREY A. MITCHELL, | : | Hon. Robert B. Kugler |
| Plaintiff, | : | |
| v. | : | Civil Action No. 09-680(RBK) |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | Document Electronically Filed |

**NOTICE OF MOTION TO SEAL**

To: Catherine L. Sakach, Esq.
    Duane Morris, LLP
    1940 Route 70 East
    Suite 200
    Cherry Hill, New Jersey 08003

PLEASE TAKE NOTICE that on August 20, 2012, or as soon as counsel may be heard, the undersigned attorney, on behalf of defendant United States of America will move pursuant to Local Civil Rule 5.3c before the Honorable Karen Williams, United States Magistrate Judge, at the Mitchell H. Cohen Federal Courthouse, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey, for an Order sealing medical records attached at Exhibit C to the Declaration of Donna M. Broome.

In support of this Motion, defendant has submitted the Declaration of J. Andrew Ruymann, dated July 20, 2012, and proposed Findings of Fact, Conclusions of Law and Order.

Defendant respectfully request disposition of this Motion on the papers in accordance with the form of Order submitted herewith.

                                              Respectfully submitted,

                                              PAUL J. FISHMAN
                                              United States Attorney

                                              <u>s/ J. Andrew Ruymann</u>

                                              By: J. ANDREW RUYMANN
                                              Assistant U.S. Attorney

Dated: July 20, 2012